JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ELIZARRARAZ ZAVALA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | SA CV 25-2686 PA (DFMx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's December 29, 2025 Minute Order dismissing the Petition filed in this action as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 29, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE